NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR ORTIZ LOPEZ, )
)
        Appellant, )
)
v. )      Case No. 2D19-682
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Nicholas Thompson,
Judge.

PER CURIAM.

        Affirmed.  See Tompkins v. State, 894 So. 2d 857 (Fla. 2005); Daniels v.

State, 712 So. 2d 765 (Fla. 1998); Vandornick v. State, 175 So. 3d 944 (Fla. 2d DCA

2015); Lowe v. State, 152 So. 3d 1279 (Fla. 1st DCA 2015).

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.